# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Criminal Action No. 14-cr-00336-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LLOYD BURNS,
       a/k/a "Rico,"
2. KENNETH CRUZ,
3. SHAWN ESPINOZA,
4. SHAUN GUTIERREZ,
5. EMILIO HERRERA-MACIAS,
       a/k/a "Tony,"
6. DEMETRIOUS MEDINA,
7. EUGENE MEDINA,
8. FRANCES RIOS,
       a/k/a "Frances Milnes,"
       a/k/a "Frances Gallegos," and
9. JEFFERY SILLEMAN,

    Defendants.

---

## ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS

---

Upon consideration of the Government's Motion to Disclose Copies of Transcripts of Grand Jury Testimony and Exhibits to the Attorneys for the Defendants pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure, it is,

ORDERED that copies of the transcripts of testimony given before the Grand Jury and exhibits used before the Grand Jury be disclosed to the attorneys for the defendants in the above-captioned case for preparation for trial;

ORDERED that defense counsel are not permitted to make copies of such transcripts or to

allow defendants to retain possession of such transcripts without further order of the Court; and

    IT IS FURTHER ORDERED that all such transcripts shall be returned to the government upon conclusion of district court proceedings pertaining to a defendant to whom disclosure is made.

    DATED this 2nd day of December, 2014.

    BY THE COURT:

    _____
    RAYMOND P. MOORE
    United States District Judge