**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 14-cr-00336-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. LLOYD BURNS,
5. EMILIO HERRERA-MACIAS,
8. FRANCES RIOS, and
9. JEFFERY SILLEMAN,

      Defendants.

_____

**ORDER SETTING TRIAL PREPARATION CONFERENCE**
_____

This matter is set for a **four-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **October 13, 2015 at 9:00 a.m.** On the first day of trial, counsel and pro se parties shall be present at **8:30 a.m.** (See ECF No. 330). It is

ORDERED that a Trial Preparation Conference is set for **September 25, 2015 at 9:00 a.m.** in Courtroom A601. Lead counsel who will try the case shall attend in person. Defendants are also required to be present.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

2) sequestration of witnesses;

3) timing of presentation of witnesses and evidence;

4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED this 17th day of August, 2015.

                                                BY THE COURT:

                                                _____
                                                RAYMOND P. MOORE
                                                United States District Judge